IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01754-BNB

JASMINE NICOLE ECKENRODE, also known as
JASMINE NICOLE SUMMERS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -2 2009

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

Plaintiff, Jasmine Nicole Eckenrode, also known as Jasmine Nicole Summers, submitted to the Court *pro se* a complaint and a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient.

Therefore, on July 24, 2009, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Ms. Eckenrode to cure a deficiency in the case. The July 24 order specifically directed Ms. Eckenrode to file within thirty days an amended complaint on the proper, Court-approved form. The order warned Ms. Eckenrode that if she failed to cure the designated deficiency within the time allowed, the complaint would be dismissed without prejudice and without further notice.

On August 31, 2009, Magistrate Judge Boyd N. Boland issued a minute order

noting that it had come to the Court's attention that Mr. Eckenrode had not signed her complaint but rather the complaint was signed by Gregory F. Eckenrode. The minute order noted that because Plaintiff was proceeding on her own behalf, she, and not Gregory R. Eckenrode, must sign the complaint pursuant to Rule 11(a) of the Federal Rules of Civil Procedure. The minute order allowed Ms. Eckenrode fifteen days in which to cure the deficiency in the July 24, 2009, order to cure by filing on the proper form an amended complaint that she had signed. Magistrate Judge Boland warned Ms. Eckenrode that failure to comply with the directives of the August 31 minute order would result in the dismissal of the instant action.

Ms. Eckenrode has failed, within the time allowed, to cure the designed deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this ___1st___ day of ___Oct -___, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01754-BNB

Jasmine Nicole Eckenrode
a/k/a Jasmine Nicole Summers
1901 Lydia Drive
Lafeyette, CO 80026

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/2/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk